IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIE B. HADLEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO.  06-1007-GPM |
| | ) |
| WARDEN RYKER, | ) APPEAL NO.  07-1387 |
| | ) |
| Respondent. | ) |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

The Court dismissed this action for lack of jurisdiction, as Petitioner provided no information to show that he had received authorization to file this second petition from the Seventh Circuit Court of Appeals. *See* 28 U.S.C. § 2244.  Now before the Court is Petitioner's motion for reconsideration or, in the alternative, for issuance of a certificate of appealability (Doc. 7).  In this motion, he states that he did, in fact, *seek* leave from the Seventh Circuit to file a second petition.  In fact, he even attaches a copy of the response from the Circuit, a response that clearly *denies* his application to file a second collateral attack.  *See Hadley v. Bradford*, Case No. 06-2534 (7th Cir., decided June 12, 2006).  This Court has no power to overrule the determination of the Seventh Circuit, and, therefore, the Court was correct in dismissing this action for lack of jurisdiction.

In short, the motion for reconsideration is **DENIED**, and the Court **DECLINES** to issue a certificate of appealability in this matter.

**IT IS SO ORDERED.**

DATED:  03/12/07

s/ G. Patrick Murphy<br>
G. PATRICK MURPHY<br>
Chief United States District Judge